NATIONAL BANK OF DEPOSIT OF CITY OF NEW YORK, Plaintiff, v. ROGERS et al., Defendants. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by the National Bank of Deposit of the City of New York against Henry P. Rogers and others, executors, etc. There was a judgment in favor of plaintiff, and defendants move for a new trial on exceptions. Motion denied. Thaddeus D. Kenneson, for the motion. Ambrose G. Todd, opposed.

PATTERSON, J. As the result of what is stated in the opinion on the appeal from the judgment in this case (decided herewith; 61 N. Y. Supp. 155), the motion for new trial must be denied, with costs. All concur, except Mc-LAUGHLIN, J., who dissents.

NEHASANE PARK ASS'N, Respondents, v. LLOYD, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1899.) Action by Nehasane Park Association against Aaron Lloyd. No opinion. Judgment affirmed, with costs.

In re NIAGARA RIVER HYDRAULIC CO. (Supreme Court, Appellate Division, Third Department. November 21, 1899.) In the matter of the application of the Niagara River Hydraulic Company, to punish James A. Roberts for contempt of court. No opinion. Appeal dismissed, without costs to either party.

NICKSON, Appellant, v. HARLEY, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Alfred Nickson against James Harley. No opinion. Order of the municipal court affirmed, without costs, on argument.

NIEMOLLER, Respondent, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Eunice Niemoller against Naomi Duncombe. No opinion. Order affirmed, without costs.

NIMS, Respondent, v. MERRITT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 28, 1899.) Action by Alvin F. Nims against Edwin A. Merritt, Jr., and others. No opinion. Order affirmed, with $10 costs and disbursements.

NORTHRIDGE, Respondent, v. ASTARITA, Appellant. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by William A. Northridge against Anthony Astarita. No opinion. Judgment of the municipal court affirmed, with costs.

O'CONNELL et al., Respondents, v. CITY TRUST, SAFE-DEPOSIT & SURETY CO. OF PHILADELPHIA, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 17, 1899.) Action by William O'Connell and others against the City Trust, Safe-Deposit & Surety Company of Philadelphia, impleaded, etc. F. J. Swift, for appellant. N. Cohen, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

O'CONNOR, Appellant, v. COFFIN, Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Michael E. O'Connor against Edmund Coffin. No opinion. Order modified, so as to strike therefrom the fourth subdivision, and also so as to make the award of costs abide the event of the action, and, as thus modified, affirmed, without costs of this appeal to either party.

OWENS, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 5, 1899.) Action by Thomas Owens against the Nassau Electric Railroad Company. No opinion. Judgment of the municipal court affirmed, with costs, on argument.

In re PALMER. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) In the matter of the application of William F. Palmer. No opinion. Order affirmed, with $10 costs and disbursements.

PAWLING SAV. BANK, Respondent, v. WASHBURN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by the Pawling Savings Bank against Mary A. Washburn, Edward B. Washburn, and others. No opinion. Motions to dismiss appeal denied, on condition that the appellant serve his printed case and brief in time for argument at the next term of this court. On failure so to do, motion granted, with $10 costs.

PEABODY v. CHANDLER. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by R. Singleton Peabody against Julia P. Chandler. No opinion. Motion granted, without costs.